295 CLASSON AVE. Co., INC., Respondent, v. CITY OF NEW YORK et al., Appellants.—Action to recover for damage to plaintiff's land and buildings, alleged to have been caused by defendants' negligence in excavating and constructing a portion of the city subway system. Defendants appeal from an order denying their motion for summary judgment dismissing the complaint on the ground that the action is barred by the Statute of Limitations. Order affirmed, with ten dollars costs and disbursements. The decision of the question as to whether or not the action is barred by the Statute of Limitations should await the development of the facts upon the trial. Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ., concur.

Ross WALL, Respondent, v. HARMOSA OIL CORPORATION, Respondent, and GULF OIL CORPORATION, Defendant-Appellant.—In an action to recover damages for personal injuries suffered by plaintiff when appellant's employee was repairing or priming a gasoline pump, plaintiff recovered a verdict. Judgment unanimously affirmed, with costs. No opinion. Present—Hagarty, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ.

MORRIS WOLMAN, Respondent, v. YETTA WANG, Appellant, et al., Defendants. (Action No. 1.) HYMAN SACHS et al., Respondents, v. YETTA WANG et al., Appellants. (Action No. 2.)—In actions to recover broker's commissions for the sale of real property, defendants Yetta Wang and Julius Wang appeal from an order denying their motion to be permitted to pay into court the sum of $2,700, thereupon to be discharged from liability to the plaintiffs in Actions No. 1 and No. 2, and for the consolidation of such actions. Order affirmed, with ten dollars costs and disbursements. No opinion. Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ., concur.